## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BRENDA GILMOUR,

     Plaintiff,

Case No. 8:23-CV-02813-TPB-CPT

vs.

PORTOFINO APARTMENTS – TAMPA,
LLC and PROVIDENCE MANAGEMENT
COMPANY-FL, LLC,

     Defendants.

_____/

### NOTICE OF CANCELLATION OF MEDIATION

YOU ARE HEREBY NOTIFIED that the mediation scheduled on June 7, 2024 with Barry L. Davis has been cancelled.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing document has been filed with the Court using the CM/ECF system which will automatically send an e-mail notification via e-mail to: Joshua A. Golembe, Esquire, John P. Sherman, Esquire and Alyssa M. Philippi, Esquire at jgolembe@butler.legal, jsherman@butler.legal and aphilippi@butler.legal on this 7th day of May 2024.

Respectfully submitted,

**JACK BERNSTEIN, P.A.**
*Counsel for Plaintiff, Brenda Gilmour*
4350 W. Cypress Street, Suite 725
Tampa, Florida 33607
Phone: (813) 812-4800

1

Fax: (866) 771-2424
Email: brian@bernsteininjurylaw.com
Email: paige@bernsteininjurylaw.com
Email: arianna@bernsteininjurylaw.com

By: /s/ *Brian L. Elstein*

Brian L. Elstein
Fla. Bar No. 105885